UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| PRENTISS PHILLIPS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:12-CV-538-TAV-CCS |
| TONY HOWERTON, et al., | ) ) ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

The Court is in receipt of a letter from the *pro se* plaintiff to the Clerk, in which plaintiff sets forth miscellaneous complaints about various incidents at the facility in which he is incarcerated. In this letter, plaintiff also requests six "copies of motion to subpoena witness and deuces tecum." Plaintiff previously filed a motion to have subpoenas served upon the defendants [Doc. 52], which the Court granted in part [Doc. 63].

Plaintiff cannot expect the Court to take action based on him writing ex parte letters to the Court without filing a proper motion and serving that motion on the opposing party. If plaintiff intends to ask the Court to take action and grant him some form of relief, it is necessary that he file a proper motion with the Court clearly stating the relevant facts and law which also makes a specific demand for the precise relief he seeks. If plaintiff seeks to have the Court issue more subpoenas on his behalf, he should file a motion stating as such which clearly explains why those subpoenas are

necessary. If plaintiff seeks to have the Court send him copies of the motion he previously filed, he should file a motion stating as such which clearly explains why those copies are necessary.

E N T E R :

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE